IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BERNICE McREYNOLDS, as mother and next friend of D.R., ) ) ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:04-cv-850-MEF |
| ) | |
| ALABAMA DEPARTMENT OF YOUTH ) SERVICES, *et al.*, ) ) | (WO- Do Not Publish) |
| Defendants. ) | |

# **FINAL  JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #93) filed by the parties on June 3, 2008, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this file.

DONE this 6th day of June, 2008.

                                                      /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE